## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*Attorneys for Defendants*
666 Third Avenue, 29th Fl.
New York, New York 10017
(212) 545-4000

ATTORNEYS OF RECORD FOR DEFENDANT:
    FELICE B. EKELMAN, ESQ.
    DAVID S. KIM, ESQ.

| | |
|---|---|
| RICHARD CURASI, individually and on behalf of those similarly situated, | *VIA ECF* |
| Plaintiffs, | Civil Action No.: 11-CV-2620 |
| vs. | Seybert, J.<br>Tomlinson, M.J. |
| HUB ENTERPRISES, INC., a Louisiana corporation; and DOES 1 through 10, inclusive, | **NOTICE OF MOTION** |
| Defendants. | |

    PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, the undersigned, counsel for Defendant Hub Enterprises, Inc. will move this Court, the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an order dismissing Plaintiff's Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b) of the United States District Court for the Eastern District of New York, answering papers, if any, shall be served within fourteen (14) days after service of the papers herein.

Dated: New York, New York
       July 26, 2011

Respectfully submitted,

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
*HUB ENTERPRISES, INC.*
666 Third Avenue, 29th Fl.
New York, New York 10017
(212) 545-4000

By: _____
Felice B. Ekelman, Esq.
David S. Kim, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of July, 2011, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

NEIL H. GREENBERG, ESQ.
NEIL H. GREENBERG & ASSOCIATES, P.C.
900 Merchants Concourse, Suite 214
Westbury, New York 11590

_____
DAVID S. KIM, ESQ.