DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560

September 16, 2011

MAGISTRATE JUDGE A. KATHLEEN TOMLINSON
United State District Court, Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014

    **Re:**   *Curasi v. Hub Enterprises, Inc.* **– Case No. 11-CV-2620**
          **Request to Appear Telephonically at Discovery Planning Conference**

Hon. A. Kathleen Tomlinson:

    Pursuant to the Court's request, Plaintiff Richard Curasi submits this letter requesting permission for his counsel, David D. Deason, to appear telephonically at the Discovery Planning Conference in this matter on October 5, 2011. This request is made on the grounds that personal appearance at the hearing would cause undue hardship in that Mr. Deason's office is located in California and he is appearing pro hac vice in this matter. During a conversation on the telephone, the court clerk requested that local counsel in this matter also personally appear at the hearing.

    If you have any questions, please do not hesitate to call.

                                                Very Truly Yours

                                                s/ David D. Deason
                                                   David D. Deason
                                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2011, the foregoing document was filed with the Court Clerk and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District Local Rules, and/or the Easter District Rules for Electronic Service upon the following parties or participants

Felice B. Ekelman
David. S. Kim
JACKSON LEWIS, LLP
666 Third Avenue, 29th Fl.
New York, New York 10017

Neil H. Greenbberg
Justin Reilly
Neil H. Greenberg & Assoc. PC
900 Merchants Concourse, Suite 214
Westbury, NY 11590

DATED: September 16, 2011    DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560

By: s/ David D. Deason
David D. Deason
Attorneys for Plaintiff